UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEOPOLD A. McCLEAN,

        Plaintiff,

v.

NORTHERN LIGHTS MORTGAGE
COMPANY, NORTHERN LIGHTS
INVESTMENTS, LLC, BRUCE DRAEGER,
and STEPHEN D. FARRELL

        Defendants.

**ORDER**
Case No. 04-1140 (MJD/JSM)

Karl A. Oliver, The Oliver Group, PLC, Counsel for Plaintiff.

Richard Carlson, Morris, Carlson & Hoelsher, P.A., Counsel for Defendants.

On August 18, 2004, the Court dissolved the preliminary injunction granted on April 14, 2004 and ordered that the money posted with the Clerk of Court as bond in this matter be taken out of escrow and paid to Defendant Stephen D. Farrell. [Docket No. 36] On September 2, 2004, Defendant Stephen Farrell was issued a check in the amount of $1,600.00. [Docket No. 37] The $1,600.00 is equal to the amounts of the bonds posted by Plaintiff on May 6, 2004 [Docket No. 23] and June 7, 2004 [Docket No. 25].

1

Plaintiff also posted a bond of $100.00 on April 5, 2004. [Docket No. 15] This bond has not yet been released to Defendant Stephen Farrell. Pursuant to the Court's August 18, 2004 Order, the $100.00 that remains in escrow should be paid to Defendant Stephen Farrell.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

> The $100.00 posted with the Clerk of Court as bond in this matter shall be taken out of escrow and paid to Defendant Stephen D. Farrell.

Date: April 4, 2013

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

2